JENNIE K. HAMILTON, Appellant, *v.* EDWIN L. PATRICK et al., Respondents.

*Hamilton* v. *Patrick,* 62 Hun, 74, affirmed.
(Argued April 10, 1896; decided April 28, 1896.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made November 30, 1391, and amended September 13, 1892, which reversed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granted a new trial.

*Austen G. Fox* and *A. D. Wait* for appellant.

*Charles E. Patterson, Henry Edwin Tremain* and *John Stewart Durand* for respondents.

Order affirmed, with costs, on prevailing opinion below, and judgment absolute ordered against the plaintiff on the stipulation.
All concur.